NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

CHARLES KUMAR EDWARDS, and
MURALI YAMAZULA VENKATA

(Defendant)

Criminal Number 20-CR-00066 (RDM)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA         [X] RETAINED         [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

KAMIL SHIELDS, DCB No. 1674318
*(Attorney & Bar ID Number)*

SULLIVAN & CROMWELL LLP
*(Firm Name)*

1700 NEW YORK AVENUE, N.W.
*(Street Address)*

WASHINGTON, DC         20006
*(City)        (State)        (Zip)*

(202) 956-7040
*(Telephone Number)*