## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| **UNITED STATES OF AMERICA** | ) |  |
|  | ) |  |
|  | ) |  |
| v. | ) | CRIMINAL CASE NO.: **20cr66-02 (RDM)** |
|  | ) |  |
| **MURALI YAMAZULA VENKATA** | ) |  |
|  | ) |  |

### JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

**Government:**

Exhibits: _____

(see attached exh. list)

_____

_Christine Macey_                              Date: 4/7/22
**Attorney for the Government**

**Defendant:**

Exhibits: _____

(see attached exh. list)

_____

_[signature]_                                  Date: 4/7/2022
**Attorney for the Defendant**

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. ___ 20-CR-66 (RDM) ___

Government ✓
Plaintiff
Defendant
Joint
Court

☐ ☐ ☐ ☐ ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Computer Access Agreement: Venkata | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 2 | Computer Access Agreement: Edwards | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 3 | Computer Access Agreement: Patel | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 4 | MOU between DHS and OPM | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 5 | Performance Work Statement for EDS | | | | |
| 6 | Notice of Personnel Action: Venkata (6/21/2010) | | | | |
| 7 | Job Description: Venkata | | | | |
| 8 | [Intentionally left blank] | | | | |
| 9 | EDS End User Agreement | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 10 | Audio recording of 05/06/2016 conversation between Sonal Patel and Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |

4/7/22
1:30 pm

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. ___ 20-CR-66 (RDM) ___

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10A | Transcript of EX 10 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 11 | Audio recording of 05/26/2016 meeting between Charles Edwards, Sonal Patel, and Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 11A | Transcript of EX 11 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 12 | Audio recording of 10/12/2016, 17:12:55 EDT conversation between Charles Edwards and Peter Paradis | | | | |
| 12A | Transcript of EX 12 | | | | |
| 13 | Audio recording of 10/12/2016, 18:10:58 EDT conversation between Charles Edwards and Peter Paradis | | | | |
| 13A | Transcript of EX 13 | | | | |
| 14 | Audio recording of 11/2/2016 meeting between Charles Edwards and Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 14A | Transcript of EX 14 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 15 | Voicemail (1/3/2017) from Charles Edwards for Peter Paradis | | | | |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Court ☐ ☐ ☐ ☐ ☐
Joint
Defendant
Plaintiff
Government ✓

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 15A | Transcript of EX 15 | | | | |
| 16 | TFS Award Records for EDS Development | | | | |
| 16A | TFS Award Amendment & Reconciliation | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 17 | Instant Message Extraction from Patel's iPhone (Patel & Venkata) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 18 | Instant Message Extraction from Patel's iPhone (Patel & Edwards I) | | | | |
| 19 | Instant Message Extraction from Edwards's iPhone (Edwards & Venkata) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 19A | Thumbnail image on page 15 of EX 19 | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 20 | Instant Message Extraction from Edwards's iPhone (Edwards & Paradis) | | | | |
| 21 | WhatsApp Message Extraction from Edwards's iPhone (Edwards & Karthik) | | | | |
| 22 | Instant Message Extraction from Patel's iPhone (Patel & Edwards II) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |

Government ✓
Plaintiff
Defendant
Joint
Court

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. ___20-CR-66 (RDM)___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 23 | WhatsApp Message Extraction from Edwards's iPhone (Edwards & Praveen) | | | | |
| 24 | Instant Message Extraction from Edwards's iPhone (Edwards & Barbee) | | | | |
| 25 | Email from Venkata to Edwards attaching Paris Audit Projects User Guide (3/19/17) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 26 | DBS Incorporation Papers | 3/29/22 | 3/29/22 | Charles . Edwards | ✓ |
| 27 | Email from Venkata to Patel re eSubpoena Requirements (7/8/16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 28 | Email from Patel to Edwards forwarding eSubpoena Requirements (7/8/16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 29 | Email from Kuo to Patel attaching EDS documents (11/14/14) | 4/1/22 | 4/1/22 | Judy Kuo | ✓ |
| 30 | Email from Patel to Edwards attaching rebuilding instructions for EDS (5-27-16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 31 | Email from Patel to Edwards forwarding Venkata instructions on EDS (6-27-16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 32 | Email from Patel to Edwards re pricing (11-2-16) | | | | |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No.   20-CR-66 (RDM)

| | Court |
|---|---|
| | Joint |
| | Defendant |
| | Plaintiff |
| ✓ | Government |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 33 | Email chain with developers in India (12-12-16) | | | | |
| 34 | Email from Patel to IT team re USDA- OIG Next Steps | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 35 | Venkata Voluntary Interview Form and Sworn Statement (5-16-17) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 36 | T-Mobile Subpoena Return (Edwards Cell Phone) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 36A | 902(11) Certification for T-Mobile Records | 3/29/22 | 3/29/22 | | ✓ |
| 36B | Select Call Records from T-Mobile (Edwards & Venkata) | 3/29/22 | 3/29/22 | ✓ | ✓ |
| 37 | Venkata Voluntary Interview Form (5-31-17) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 38 | Venkata Email to Applegate (5-18-17) | | | | |
| 39 | [Intentionally left blank] | | | | |
| 40 | Venkata Consent to Search Electronic Media (5-31-17) | | | | |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | DHS-OIG Inventory Form of Venkata Search (5-31-17) | | | | |
| 42 | Email from Venkata to Applegate re Code on Laptop (7-4-17) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 43 | DBS Records at Wells Fargo | | | | |
| 43A | 902(11) Certification for DBS Records at Wells Fargo | | | | |
| 43B | Select Bank Records Showing DBS Transfers to Cirrolix | | | | |
| 44 | Patel Plea Agreement (4-4-19) | | | | |
| 45 | Patel Statement of Offense (4-4-19) | | | | |
| 46 | Edwards Plea Agreement (1-14-22) | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 47 | Edwards Statement of Offense (1-14-22) | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 48 | Inventory of Devices Seized at Edwards's Residence (4-19-17) Stipulation | 3/29/22 | 3/29/22 | | ✓ |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 49 | MMYV3 - Kanguru USB Drive (DHS- OIG) | | | | |
| 50 | Database Review (DHS-OIG) | 4/1/22 | 4/1/22 | Chad Steel | |
| 50A | Database Review (DHS-OIG) | | | | ✓ |
| 51 | CKE0033 (DHS-OIG) | | | | |
| 52 | CKE0034 (DHS-OIG) | | | | |
| 53 | CKE0035 (DHS-OIG) | | | | |
| 54 | CKE049 (DHS-OIG) | | | | |
| 54A | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54B | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54C | Screen shot from CKE049 | 4/1/22 | 4/1/22 | David Reynolds | ✓ |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | | |
| Defendant | | |
| Joint | | |
| Court | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 54D | Screen shot from CKE049 | | | | |
| 54E | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54F | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54G | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 55 | CKE049 (DHS-OIG) | | | | |
| 56 | CKE0051 (DHS-OIG) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 56A | CKE0051 (DHS-OIG) (subset of EX 56) | | | | |
| 57 | CKE0095 (DHS-OIG) | | | | |
| 58 | CKE0100 (DHS-OIG) | | | | |
| 59 | CKE00120 (DHS-OIG) | | | | |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. ___ 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 60 | Venkata Home Devices (DHS-OIG) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 60A | Venkata Home Devices (DHS-OIG) (subset of EX 60) | | | | |
| 63 | CKE054 (USPS-OIG) (astredvrted) | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63A | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63B | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63C | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63D | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63E | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63F | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63G | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |

Government ✓
Plaintiff
Defendant
Joint
Court

☐ ☐ ☐ ☐

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No.  20-CR-66 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 63H | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63I | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63J | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 65 | E-mails Produced by Peter Paradis | | | | |
| 66 | Email from Barbee to Edwards attaching IMS.pptx (11-19-16) | | | | |
| 67 | PowerPoint Presentation (Barbee) | | | | |
| 68 | Email from Barbee to Edwards Attaching User Stories (2-21-17) | | | | |
| 69 | Email from Barbee to Edwards re Timekeeping and Audit Modules (3-10- 17) | | | | |
| 70 | Email from Venna to Barbee with login credentials (4-1-17) | 4/5/22 | 4/5/22 | Russell Barbee | ✓ |
| 71 | Email from Edwards to Venna re servers (4-7-17) | | | | |

UNITED STATES OF AMERICA

VS.                                    Civil/Criminal No.  20-CR-66 (RDM)

MURALI YAMAZULA VENKATA

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 72 | Email from Karthik to Edwards and Barbee re servers (4-20-17) | | | | |
| 73 | eTicket Receipt for travel to India (Barbee) | | | | |
| 74 | Demo-DEV (Barbee) (11-9-16) | | | | |
| 75 | IMS Punchlist Document (Barbee) | | | | |
| 76 | Meeting Minutes (Barbee) | | | | |
| 77 | Use Cases Draft (Barbee) | | | | |
| 78 | Table (Barbee) | | | | |
| 79 | e-Subpoena Document Management System User Manual | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 80 | CKE055 (DHS-OIG) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 80A | CKE055 (DHS-OIG) (subset of EX 80) | | | | |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

☐ ☐ ☐ ☐ ☐ ✓

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 81 | Documents from First Interview of M. Venkata (4-20-17) | 4/1/22 | 4/1/22 | Lillian Morales | ✓ |
| 82 | DHS Credit Monitoring | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 83 | USPS Credit Monitoring | | | | |
| 84 | DVDs | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 100 | Laptop Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 101 | EDS Server No. 1 Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 102 | EDS Server No. 2 Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 103 | PARIS Server Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 104 | Forensic Image of PARIS Server Obtained from Edwards Residence | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |

upon request (physical evidence)

| | United States | | | | |
|---|---|---|---|---|---|
| Government | | VS. | | Civil/Criminal No. __1:20-cr-00066 (RDM)__ | |
| Plaintiff | | | | | |
| Defendant ✓ (highlighted) | | Murali Yamazula Venkata | | | |
| Joint | | | | | |
| Court | ☐ ☐ ✓ ☐ ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Charles Edwards Plea | | | | |
| 2 | Charles Edwards Statement of Offense | | | | |
| 3 | Letter from the Senate Committee on Homeland Security and Governmental Affairs to Charles Edwards | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 4 | Senate Report Regarding Allegations of Misconduct by Former Acting Deputy Inspector General of the DHS | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 5 | 01/14/2022 Email from Paradis to Salgado et al. re: Recognition of good work | | | | |
| 6 | 04/20/2017 Email exchange between Venkata, Horton and Applegate re Edwards' calls to Venkata | 4/5/22 | 4/5/22 | Michael Horton | ✓ |
| 7 | 11/04/2014 Email exchange between Sonal Patel and Judy Kuo re: Instructions | | | | |
| 8 | 05/27/2016 Email from Sonal Patel to Charles Edwards | | | | |
| 9 | Selected Emails between Peter Paradis and Sonal Patel | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 10 | 05/25/2016 Email from Patel to Madhuri Edwards re: Case Management Software Features | 4/5/22 | 4/5/22 | Sonal Patel | ✓ |
| 18 | Edwards Plea (Gov. Exh. 4b) | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |

4/4/22
1:30pm

| | United States | | VS. | | Murali Yamazula Venkata | | | Civil/Criminal No. | 1:20-cr-00066 (RDM) |

Government
Plaintiff
Defendant ✓
Joint
Court ☐☐☐☐☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Sonal Patel Plea | | | | |
| 12 | Sonal Patel Statement of Offense | | | | |
| 13 | 2011-2017 Employee Performance Plan and Rating Forms | 4/5/22 | 4/5/22 | Sonal Patel | ✓ |
| 14 | 04/08/205 Email exchange between Sonal Patel and Venkata re: can you please update training spreadsheet | 4/5/22 | 4/5/22 | Sonal Patel | ✓ |
| 15 | 08/25/2015 Email exchange between Sonal Patel and Venkata re: Tele-work Request | 4/5/22 | 4/5/22 | Sonal Patel | ✓ |
| 16 | 06/09/2016 Email exchange between Sonal Patel and Venkata re: Status Update | 4/5/22 | 4/5/22 | Sonal Patel | ✓ |
| 17 | 08/22/2016 Email exchange between Sonal Patel and Venkata re: Google Search Appliance | 4/5/22 | 4/5/22 | Sonal Patel | ✓ |
| 18 | 05/27/2016 Email from Patel to Edwards attaching rebuilding instructions for EDS | | | | ✓ |
| 19 | 07/08/2016 Email from Venkata to Patel attaching e-subpoena requirements | | | | |
| 20 | 07/08/2016 Email from Patel to Edwards forwarding e-subpoena Requirements | | | | |

| | | United States | | | Civil/Criminal No. | 1:20-cr-00066 (RDM) |

| | | vs. | | | | |

| | | Murali Yamazula Venkata | | | | |

Government
Plaintiff
Defendant
Joint ☑
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | 06/27/2016 Email from Patel to Edwards forwarding Venkata instructions on EDS | | | | |
| 22 | 11/02/2016 Email from Patel to Edwards re pricing | | | | |
| 23 | Selected phone records between Sonal Patel and Charles Edwards | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | United States | | | | | | |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| Government | | | | | | | |
| Plaintiff | | | | | | | |
| Defendant | VS. | | | | | | |
| Joint | Murali Yamazula Venkata | | | | | | |
| Court | | | | | | Civil/Criminal No. | 1:20-cr-00066 (RDM) |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
| :-- | :-- | :-- | :-- | :-- | :-- |
| 24 | 1-3-2017 Voicemail from Edwards to Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 24A | Transcript of Exhibit 24 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 25 | Audio recording of 05/26/2016 meeting between Charles Edwards, Sonal Patel, and Peter Pardis | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 25A | Transcript of Exhibit 25 | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 26 | Audio recording of 10/12/2016 meeting between Peter Paradis and Charles Edwards | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 26A | Transcript of Exhibit 26 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 27 | Audio recording of 10/12/2016, 18:10:58 EDT conversation between Charles Edwards and Peter Paradis. | | | | |
| 27A | Transcript of Exhibit 27 | | | | |
| 28 | Audio recording of 11/2/2016 meeting between Charles Edwards and Peter Paradis | | | | |
| 28A | Transcript of Exhibit 28 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |

Government
Plaintiff
Defendant ✓
Joint
Court

United States

VS.

Murali Yamazula Venkata

Civil/Criminal No. ___1:20-cr-00066 (RDM)___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 29 | Text Messages between Sonal Patel and Murali Venkata | | | | |
| 30 | Edwards Interview Memo (4-19-2017) | 3/30/22 | — | | |
| 31 | Edwards Interview Memo (3-15-2022) | 3/30/22 | — | Charles Edwards | |
| 32 | Edwards Interview Memo (3-23-2022) | | | | |
| 33 | Edwards Interview Memo (3-26-2022) | | | | |
| 34 | Peter Paradis Grand Jury Testimony | | | | |
| 35 | Selected Emails from Peter Paradis | | | | |
| 36 | Audio recording of 5/6/2016 Call between Sonal Patel and Peter Paradis | 3/31/22 | 3/31/22 | Pete Paradis | ✓ |
| 36A | Transcript of EX 36 | 3/31/22 | 3/31/22 | Pete Paradis | ✓ |
| 37 | CKE033 (DHS-OIG) | 3/31/22 | 4/1/22 | David Reynolds | ✓ |

Government
Plaintiff
Defendant
Joint ✓
Court

United States

VS.

Murali Yamazula Venkata

Civil/Criminal No. __1:20-cr-00066 (RDM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 38 | CKE 049 (DHS-OIG) | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 38A | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 38B | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 38C | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 38D | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 38E | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 38F | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 38G | Excerpt of CKE 049 (DHS-OIG) | | | | |
| 39 | CKE0095 (DHS-OIG) | | | | |
| 40 | CKE0100 (DHS-OIG) | 4/1/22 | 4/1/22 | David Reynolds | ✓ |

United States

VS.

Murali Yamazula Venkata

Civil/Criminal No. 1:20-cr-00066 (RDM)

Government
Plaintiff
Defendant
Joint
Court

☐ ☐ ✓ ☐ ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | Sonal Patel Grand Jury Testimony | | | | |
| 42 | Sonal Patel April 19, 2017 Interview Memo | | | | |
| 43 | Sonal Patel July 14, 2017 Interview Memo | | | | |
| 44 | Sonal Patel September 9, 2017 Interview Memo (Proffer) | | | | |
| 45 | Sonal Patel March 15, 2022 Interview Memo | | | | |
| 46 | Sonal Patel March 22, 2022 Interview Memo | | | | |
| 47 | Instant Message Extraction from Patel's Phone (Patel & Edwards I) | 4/5/22 | 4/6/22 | Sonal Patel | ✓ |
| 48 | Email from Patel to Edwards re: Pricing | 4/5/22 | 4/6/22 | Sonal Patel | ✓ |
| 49 | Email chain with developers in India | | | | |
| 51 | MoA | 4/4/22 | — | Chad Steel | ✓ |

Government
Plaintiff
Defendant
Joint ✓
Court

☐ ☐ ☐ ☐ ☐

United States

VS.

Murali Yamazula Venkata

Civil/Criminal No. 1:20-cr-00066 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 50 | Digital Forensics Report – Kanguru USB Drive | | | | |
| 51 | MOA for May 16,2017 Re-Interview of Murali Yamazula Venkata | | | | |
| 52 | PowerPoint, Russ Barbee | 4/5/22 | 4/5/22 | Russell Barbee | ✓ |
| 53 | Instant Message Extraction Between Russell Barbee and Charles Edwards | 4/5/22 | 4/5/22 | Russell Barbee | ✓ |
| 54 | Russell Barbee Grand Jury Testimony | | — | | |
| 55 | Email | 4/5/22 | | Michael Holton | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |