**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-cr-00066-RDM** |
| | ) | |
| **MURALI YAMAZULA VENKATA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>GOVERNMENT'S MOTION TO DISMISS COUNT THIRTEEN</u>

On April 11, 2022, a jury found the defendant, Murali Venkata, guilty of all five counts that were submitted to it, including one count of aggravated identity theft in violation of 18 U.S.C. § 1028A (Count Thirteen).   On November 10, 2022, the Supreme Court granted certiorari in *Dubin v. United States*, No. 22-10, on the question of "whether a person commits aggravated identity theft any time he mentions or otherwise recites someone else's name while committing a predicate offense."   On November 16, 2022, this Court stayed proceedings in this case pending the Supreme Court's decision in *Dubin*.

On June 8, 2023, the Supreme Court issued its decision in *Dubin*, holding that:

A defendant "uses" another person's means of identification "in relation to" a predicate offense when this use is at the crux of what makes the conduct criminal. To be clear, being at the crux of the criminality requires more than a causal relationship, such as "'facilitation'" of the offense or being a but-for cause of its "success."   Instead, with fraud or deceit crimes like the one in this case, the means of identification specifically must be used in a manner that is fraudulent or deceptive.   Such fraud or deceit going to identity can often be succinctly summarized as going to "who is involved."

143 S. Ct. 1557, 1573 (2023) (internal citation omitted).

In light of *Dubin*, the government moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count Thirteen of the Indictment with prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
For the District of Columbia

COREY R. AMUNDSON
CHIEF, Public Integrity Section
U.S. Department of Justice

By: /s/ Christine M. Macey
CHRISTINE M. MACEY
D.C. Bar No. 1010730
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
601 D Street NW
Washington, D.C. 20530
(202) 252-7058
christine.macey@usdoj.gov

By: /s/ Victor R. Salgado
VICTOR R. SALGADO
D.C. Bar No. 975013
Senior Litigation Counsel
Public Integrity Section
U.S. Department of Justice
1301 New York Avenue, NW
Washington, D.C. 20530
(202) 353-4580
victor.salgado@usdoj.gov

By: /s/ Celia R. Choy
CELIA R. CHOY
D.C. Bar No. 1017211
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1301 New York Avenue, NW
Washington, D.C. 20530
(202) 875-1557
celia.choy@usdoj.gov

2