**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 20-cr-00066-RDM |
| v. | Honorable Randolph D. Moss |
| MURALI YAMAZULA VENKATA, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Defendant Murali Yamuzala Venkata hereby gives notice that Tara Ohrtman is no longer an attorney at Sullivan & Cromwell LLP and as such, is no longer representing Mr. Venkata in the above-captioned case. Kamil Shields, a member of the bar of this Court and an attorney with the firm of Sullivan & Cromwell LLP, Michelle Peterson, a member of the bar of this Court and a Federal Public Defender for the District of Columbia, and Katherine Savarese and Jared Rosenfeld, admitted *pro hac vice* and attorneys with the firm of Sullivan & Cromwell LLP, will continue to represent Mr. Venkata in this action.

Since Sullivan & Cromwell LLP and the Office of the Federal Public Defender will continue to represent Mr. Venkata, the withdrawal of Tara Ohrtman will not delay the progress of this case, otherwise interrupt the working operation of the Court, or be manifestly unfair to either Party.

Accordingly, the undersigned counsel respectfully requests that the Court enter an Order withdrawing Tara Ohrtman from this case and removing her name from the Court's CM/ECF notifications for this action.

Dated:  August 18, 2023

Respectfully submitted,

*/s/ Kamil R. Shields*

Kamil R. Shields (DCB No. 1674318)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
Telephone: (202) 956-7040
Facsimile: (202) 956-7676
Email: shieldska@sullcrom.com

Katherine M. Savarese (*pro hac vice*)
Jared H. Rosenfeld (*pro hac vice*)
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: savaresek@sullcrom.com
Email: rosenfeldj@sullcrom.com

*Counsel for Murali Yamuzala Venkata*

2