## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                         Plaintiff,

v.

MURALI YAMAZULA VENKATA,

                        Defendant.

Case No. 20-cr-00066-RDM

Honorable Randolph D. Moss

## [PROPOSED]
## ORDER

This matter comes before the Court on Defendants' Notice of Withdrawal of Counsel.

Upon due consideration, the Court ORDERS that Tara Ohrtman is hereby removed as counsel for Murali Yamuzala Venkata in the above-captioned action, and the Clerk is instructed to remove her from the Court's CM/ECF system database for this case.

IT IS SO ORDERED.

Date: _____                             _____