**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 20-cr-00066-RDM |
| v. | Honorable Randolph D. Moss |
| MURALI YAMAZULA VENKATA, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Defendant Murali Yamuzala Venkata hereby gives notice that, after September 19, 2025, Katherine M. Savarese will no longer be an attorney at Sullivan & Cromwell LLP and as such, will no longer represent Mr. Venkata in the above-captioned case.  Kamil R. Shields, a member of the bar of this Court and an attorney with the firm of Sullivan & Cromwell LLP, and Michelle Peterson, a member of the bar of this Court and a Federal Public Defender for the District of Columbia, will continue to represent Mr. Venkata in this action.

Since Sullivan & Cromwell LLP and the Office of the Federal Public Defender will continue to represent Mr. Venkata, the withdrawal of Katherine M. Savarese will not delay the progress of this case, otherwise interrupt the working operation of the Court, or be manifestly unfair to either Party.

Accordingly, the undersigned counsel respectfully requests that the Court enter an Order withdrawing Katherine M. Savarese from this case and removing her name from the Court's CM/ECF notifications for this action.

Dated:  September 19, 2025

Respectfully submitted,

_____/s/ Kamil R. Shields_____
Kamil R. Shields (DCB No. 1674318)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
Telephone: (202) 956-7040
Facsimile: (202) 956-7676
Email: shieldska@sullcrom.com

*Counsel for Murali Yamuzala Venkata*

2